# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1244

_____

Shawna Carr,                                         *
                                                     *
        Appellant,                                   *
                                                     *
    v.                                               *    Appeal from the United States
                                                     *    District Court for the Eastern
Lake Village Police Department;                      *    District of Arkansas.
Percy Wilburn, Individually and                      *
in his Official Capacity as Chief                    *         [UNPUBLISHED]
of Police for the City of Lake                       *
Village; Jacqueline Brown, Sergeant,                 *
Individually and in her Official                     *
Capacity as an Employee of the                       *
City of Lake Village Police                          *
Department; City of Lake Village;                    *
Joanne Bush, Mayor, Individually                     *
and in her Official Capacity as Mayor                *
of the City of Lake Village, Arkansas                *
(originally sued as Jo Ann Bush),                    *
                                                     *
        Appellees.                                   *

_____

Submitted: October 10, 2005
    Filed:  November 7, 2005

_____

Before ARNOLD, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Shawna Carr appeals from the summary judgment that the district court[1] entered against her in her action under 42 U.S.C. § 1983. Ms. Carr had claimed that the defendants had violated her right to the equal protection of the law and had deprived her of her property without the due process of law, all as guaranteed by the fourteenth amendment. The district court ruled that although the defendant police officers acted under color of law when they seized Ms. Carr's automobile, they were nevertheless not liable because Ms. Carr had a post-deprivation remedy for any loss of property, *see Parratt v. Taylor*, 451 U.S. 527, 541-43 (1981), *overruled on other grounds*, *Daniels v. Williams*, 474 U.S. 327, 330-31 (1986), and because there was no evidence that in seizing the car the defendants failed to treat similarly-situated people alike, *see Klinger v. Department of Corrections*, 31 F.3d 727, 731 (8th Cir. 1994), *cert. denied*, 513 U.S. 1185 (1995).

We agree with the district court's conclusions and, having nothing to add to its well-reasoned opinion, we affirm the judgment.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.